IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

A. J. BREDBERG,

    Plaintiff,

v.

SOIL SCIENCE SOCIETY OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-780-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Soil Science Society of America granting its motion to dismiss this case under Fed. R. Civ. P. 12(b)(6).

_____     _5/17/12_
Peter Oppeneer, Clerk of Court                Date